1 [COUNSEL LISTED ON FOLLOWING PAGE]

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IMPACT ENGINE, INC., <br><br>    Plaintiff, <br><br>    vs. <br><br> GOOGLE LLC, <br><br>    Defendant. | CASE NO. 3:19-cv-01301-CAB-DEB <br><br> **JOINT MOTION FOR EXTENSION OF TIME FOR GOOGLE TO PRODUCE CERTAIN DOCUMENTS** <br><br> Judge: Hon. Cathy A. Bencivengo <br> Courtroom: 4C <br> Magistrate: Hon. Daniel E. Butcher <br> Courtroom: 3C |

| | |
|---|---|
| 1 | Sharre Lotfollahi (SBN 258913) |
| 2 | sharre.lotfollahi@kirkland.com |
| | KIRKLAND & ELLIS LLP |
| 3 | 2049 Century Park East, Suite 3700 |
| 4 | Los Angeles, CA 90067 |
| | (310) 552-4200 |
| 5 | |
| 6 | Garret A. Leach (admitted *pro hac vice*) |
| | garret.leach@kirkland.com |
| 7 | Megan M. New (admitted *pro hac vice*) |
| 8 | megan.new@kirkland.com |
| | Nikhil Krishnan (SBN 300616) |
| 9 | nikhil.krishnan@kirkland.com |
| 10 | Kyle M. Kantarek (admitted *pro hac vice*) |
| | kyle.kantarek@kirkland.com |
| 11 | KIRKLAND & ELLIS LLP |
| 12 | 300 North LaSalle |
| | Suite 2400 |
| 13 | Chicago, IL 60654 |
| 14 | 312-862-2000 |
| | *Attorneys for Impact Plaintiff Impact Engine, Inc.* |
| 15 | |
| 16 | |
| 17 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| | David A. Perlson (Ca. Bar No. 209502) |
| | davidperlson@quinnemanuel.com |
| 18 | 50 California Street, 22nd Floor |
| | San Francisco, California 94111-4788 |
| 19 | Telephone: (415) 875-6600 |
| | Facsimile: (415) 875-6700 |
| 20 | |
| 21 | David A. Nelson (Ill. Bar No. 6209623) |
| | davenelson@quinnemanuel.com |
| 22 | 191 N. Wacker Drive Suite 2700 |
| | Chicago, IL 60606 |
| | Telephone:  (312) 705-7400 |
| 23 | Facsimile:   (312) 705-7401 |
| 24 | Attorneys for Defendant, |
| | GOOGLE LLC |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

1   Pursuant to Local Civil Rule 7.2, Defendant Google LLC ("Google") and
2   Impact Engine, Inc. ("Impact Engine") hereby stipulate and jointly move the Court
3   for an extension of time for Google to produce certain documents.  On May 21,
4   2020, the Court granted Google an extension of time from May 22, 2020 to June 5,
5   2020 to supplement its response to Impact Engine's Request for Production No. 4.
6   (Dkt. 74.)  Google produced responsive documents on May 22, 2020, and will
7   produce further responsive documents on June 5, 2020.  Google is continuing to
8   investigate the availability of additional documents responsive to Impact Engine's
9   Request for Production No. 4, and needs more time to complete its investigation.
10  Google requests an extension of time to July 17, 2020 to do so, and Impact Engine
11  does not oppose this request.

12  The parties therefore stipulate to the following for Court approval: Google's
13  time to supplement its response to Impact Engine's Request for Production No. 4 is
14  extended to July 17, 2020.

15  Pursuant to Civil Local Rule 7.2(c), a proposed order has been concurrently
16  submitted to the Court.

DATED: June 5, 2020                    Respectfully submitted,

                                       KIRKLAND & ELLIS LLP

                                       By: /s/ *Sharre Lotfollahi*_____
                                           Sharre Lotfollahi

                                       Attorneys for Plaintiff
                                       IMPACT ENGINE, INC.,




                                       QUINN EMANUEL URQUHART &
                                       SULLIVAN, LLP

                                       By: */s/ David A. Perlson*____
                                           David A. Perlson

                                       Attorney for Defendant
                                       Google LLC.

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the foregoing document has been served on June 5, 2020 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.4. Any other counsel of record will be served by electronic mail, facsimile, and/or overnight delivery.

DATED: June 5, 2020

QUINN EMANUEL URQUHART & SULLIVAN

By: */s/* David Perlson
David Perlson

*Attorneys for Plaintiff*
*GOOGLE LLC*