UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IMPACT ENGINE, INC.,<br><br>                    Plaintiff,<br><br>v.<br><br>GOOGLE LLC,<br><br>                    Defendant. | Case No.: 3:19-cv-01301-CAB-DEB<br><br>**ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME FOR GOOGLE TO PRODUCE CERTAIN DOCUMENTS**<br>**[DKT. NO. 90]** |

Before the Court is the parties' "Joint Motion for Extension of Time for Google to Produce Certain Documents." Dkt. No. 90. Good cause appearing, the Joint Motion is **GRANTED**. The Court orders that the deadline for Google LLC to supplement its response to Impact Engine, Inc.'s Request for Production No. 4, re non-custodial documents, is extended from July 17, 2020 to **August 17, 2020**.

**IT IS SO ORDERED**.

Dated:  July 20, 2020

_____
Honorable Daniel E. Butcher
United States Magistrate Judge