Sharre Lotfollahi  (SB 258913)
Benjamin Yaghoubian (SB 292318)
Kirkland & Ellis LLP
2049 Century Park East, Suite 3700
Los Angeles, CA 90067
213-680-8400
sharre.lotfollahi@kirkland.com
benjamin.yaghoubian@kirkland.com

Garret A. Leach (IL 6237520)
Megan M. New (IL 6300422)
Nikhil Krishnan (SB 300616)
Kyle M. Kantarek (IL 6320889)
Kirkland & Ellis LLP
300 North LaSalle
Chicago, IL 60654
312-862-2000
garret.leach@kirkland.com
megan.new@kirkland.com
nikhil.krishnan@kirkland.com
kyle.kantarek@kirkland.com

*Attorneys for Impact Engine, Inc.*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IMPACT ENGINE, INC.,<br><br>             Plaintiff,<br><br>v.<br><br>GOOGLE LLC,<br><br>             Defendant. | CASE NO. 3:19-cv-01301-CAB-DEB<br><br>**[UNDER SEAL] DECLARATION OF MEGAN M. NEW IN SUPPORT OF JOINT MOTION TO RESOLVE DISCOVERY DISPUTES**<br><br>Magistrate: Hon. Daniel E. Butcher<br>Courtroom: 3C |

I, Megan M. New, declare as follows:

1. I am an attorney duly admitted to practice before the Bar of the State of Illinois. I am a Partner with the law firm of Kirkland & Ellis LLP, which is counsel of record for Impact Engine, Inc. ("Impact Engine") in the above-captioned matter. I submit this declaration in support of the Joint Motion to Resolve Discovery Disputes and I make this declaration based on my own personal knowledge, and if called upon to do so, could and would testify competently thereto.

2. Counsel for Impact Engine has identified, collected and reviewed the documents and communications in Impact Engine's possession, custody or control that relate to litigation funding.

3. Based on that review, Impact Engine does not possess any documents or communications that include a discussion of this litigation, including assessments of the strengths or weaknesses in Impact Engine's positions on liability, validity and damages, other than one privileged document prepared by Impact Engine and its counsel.

4. The litigation funding agreement that Google seeks to compel similarly does not include a discussion of the substance or merits of this litigation, including assessments of the strengths or weaknesses in Impact Engine's positions on liability, validity and damages.

\*      \*      \*

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed this 15th day of July, 2020, in Chicago, Illinois.

*/s/ Megan M. New*
Megan M. New

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the foregoing document has been served on July 15, 2020 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.4. Any other counsel of record will be served by electronic mail, facsimile, and/or overnight delivery.

DATED: July 15, 2020                    By: */s/ Garret A. Leach*

*Attorneys for Plaintiff Impact Engine, Inc.*