1 [COUNSEL LISTED ON FOLLOWING PAGE]

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IMPACT ENGINE, INC., <br><br> Plaintiff, <br><br> vs. <br><br> GOOGLE LLC, <br><br> Defendant. | CASE NO. 3:19-cv-01301-CAB-DEB <br><br> **JOINT MOTION TO STAY PRODUCTION DEADLINE IN DKT. NO. 101** <br><br> Judge: Hon. Cathy A. Bencivengo <br> Courtroom: 4C <br> Magistrate: Hon. Daniel E. Butcher <br> Courtroom: 3C |

Sharre Lotfollahi (SBN 258913)
sharre.lotfollahi@kirkland.com
Benjamin Yaghoubian (SBN 292318)
benjamin.yaghoubian@kirkland.com
KIRKLAND & ELLIS LLP
2049 Century Park East, Suite 3700
Los Angeles, CA 90067
(310) 552-4200

Garret A. Leach (admitted *pro hac vice*)
garret.leach@kirkland.com
Megan M. New (admitted *pro hac vice*)
megan.new@kirkland.com
Nikhil Krishnan (SBN 300616)
nikhil.krishnan@kirkland.com
Kyle M. Kantarek (admitted *pro hac vice*)
kyle.kantarek@kirkland.com
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
312-862-2000

*Attorneys for Plaintiff Impact Engine, Inc.*


QUINN EMANUEL URQUHART & SULLIVAN, LLP
David A. Perlson (Ca. Bar No. 209502)
davidperlson@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

David A. Nelson (Ill. Bar No. 6209623)
davenelson@quinnemanuel.com
191 N. Wacker Drive Suite 2700
Chicago, IL 60606
Telephone:  (312) 705-7400
Facsimile:   (312) 705-7401

*Attorneys for Defendant, Google LLC*

Pursuant to Local Civil Rule 7.2, Plaintiff Impact Engine, Inc. ("Impact Engine") and Defendant Google LLC ("Google") (collectively, "the parties") hereby stipulate and jointly move the Court to stay the August 26th production deadline set forth in the Court's August 12th Order (Dkt. 101, "the Order"), until Impact Engine's forthcoming Rule 72 Objections to that Order are ruled upon by the District Court Judge. The parties also stipulate that Impact Engine will forego a reply brief in support of its Objections. This stipulation and joint motion is conditioned upon Impact Engine filing Rule 72 Objections to the Order by the deadline to do so.

The Order requires that Impact Engine "produce all non-privileged documents in response to Google's RFP No. 60," including any litigation funding agreements, by August 26. Dkt. 101 at 4. Pursuant to Federal Rule of Civil Procedure 72, Impact Engine's objections to the Order are also due on August 26. Google has agreed to Impact Engine's requested stay of the production deadline until after the District Court rules on Impact Engine's forthcoming Rule 72 objections, if Impact Engine files Rule 72 objections by the deadline to do so, in exchange for Impact Engine forgoing a reply brief in response to Google's opposition so that the forthcoming objections will be ripe for decision sooner. The parties will jointly contact the Court to advise when briefing is complete.

Accordingly, the parties request this Court grant this Motion and stay the production of the litigation funding documents until after the Court rules on Impact Engine's forthcoming Rule 72 Objections. Pursuant to Civil Local Rule 7.2(c), a proposed order has been concurrently submitted to the Court.

DATED: August 25, 2020

Respectfully submitted,

KIRKLAND & ELLIS LLP

By: /s/ *Sharre Lotfollahi*
      Sharre Lotfollahi

Attorneys for Plaintiff
IMPACT ENGINE, INC.,

1
2
3   QUINN EMANUEL URQUHART &
    SULLIVAN, LLP
4
    By: */s/ David A. Perlson*
5           David A. Perlson

6   Attorneys for Defendant
    GOOGLE LLC.
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the foregoing document has been served on August 25, 2020 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.4. Any other counsel of record will be served by electronic mail, facsimile, and/or overnight delivery.

DATED: August 25, 2020                KIRKLAND & ELLIS LLP

By: /s/ *Sharre Lotfollahi*
     Sharre Lotfollahi

Attorneys for Plaintiff
IMPACT ENGINE, INC.,