1  Sharre Lotfollahi (SBN 258913)
   sharre.lotfollahi@kirkland.com
2  KIRKLAND & ELLIS LLP
3  2049 Century Park East, Suite 3700
   Los Angeles, CA 90067
4  (310) 552-4200
5
6  Garret A. Leach (admitted *pro hac vice*)
   garret.leach@kirkland.com
7  Megan M. New (admitted *pro hac vice*)
   megan.new@kirkland.com
8  Nikhil Krishnan (SBN 300616)
9  nikhil.krishnan@kirkland.com
   Kyle M. Kantarek (admitted *pro hac vice*)
10 kyle.kantarek@kirkland.com
11 KIRKLAND & ELLIS LLP
   300 North LaSalle
12 Chicago, IL 60654
13 312-862-2000
14
   *Attorneys for Plaintiff Impact Engine, Inc.*
15

16              UNITED STATES DISTRICT COURT
17              SOUTHERN DISTRICT OF CALIFORNIA
18

| | |
|---|---|
| IMPACT ENGINE, INC., | CASE NO. 3:19-cv-01301-CAB-DEB |
| Plaintiff, | **INDEX TO EXHIBITS** |
| vs. | Judge: Hon. Cathy A. Bencivengo |
| GOOGLE LLC, | Courtroom: 4C |
| Defendant. | Magistrate: Hon. Daniel E. Butcher |
| | Courtroom: 3C |

Case No. 3:19-cv-01301-CAB-DEB

| Exhibit No. | DESCRIPTION | PAGES NUMBERS |
|---|---|---|
| 1 | *Telesocial Inc. v. Orange S.A.*, No. 3:14-cv-03985, Dkt. 165 (N.D. Cal. Sept. 30, 2016) | PAGES 1-2 |
| 2 | Email Correspondence between Counsel | PAGES 3-7 |