UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IMPACT ENGINE, INC., <br><br>　　　　　　　　　Plaintiff <br><br> v. <br><br> GOOGLE LLC, <br><br>　　　　　　　　　Defendant. | Case No.:  19-cv-01301-CAB-DEB <br><br> **ORDER GRANTING JOINT MOTION TO STAY PRODUCTION DEADLINE** <br><br> **[DKT. NO 103]** |

   Before the Court is the parties' "Joint Motion to Stay Production Deadline in Dkt. No. 101." Dkt. No. 103. Good cause appearing, the joint motion is **GRANTED**. The deadline for Impact Engine to produce documents responsive to the Court's August 12, 2020 order (Dkt. No. 101), is extended until after the Court's ruling on Impact Engine's "Rule 72 Objections to Discovery Order." Dkt. No. 104. The parties must contact Magistrate Judge Daniel Butcher's Chambers within three (3) days of the District Judge's ruling on the Rule 72 Objections if it is necessary to reset the production deadline.

   **IT IS SO ORDERED**.

Dated:  August 26, 2020

_____
Honorable Daniel E. Butcher
United States Magistrate Judge