UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| IMPACT ENGINE, INC., | CASE NO. 3:19-cv-01301-CAB-DEB |
|---|---|
| Plaintiff, | |
| vs. | **[PROPOSED] ORDER GRANTING JOINT MOTION FOR EXPEDITED BRIEFING SCHEDULE** |
| GOOGLE LLC, | |
| Defendant. | |

Pursuant to the stipulation of the parties and for good cause being shown, the joint motion Dkt. No. 109 seeking an expedited briefing schedule for Plaintiff's Objection to the Court's August 12th Order (Dkt. 104) is GRANTED as follows:

- Google's Response to Impact Engine's August 26 Objection is due on September 9, 2020.
- Impact Engine will not file a reply brief.

IT IS SO ORDERED.

Dated: September 1, 2020

Hon. Cathy Ann Bencivengo
United States District Judge