UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IMPACT ENGINE, INC.,<br><br>            Plaintiff,<br><br>      vs.<br><br>GOOGLE LLC,<br><br>            Defendant. | CASE NO. 3:19-cv-01301-CAB-DEB<br><br>**[PROPOSED] ORDER GRANTING GOOGLE'S MOTION TO SEAL GOOGLE LLC'S RESPONSE TO IMPACT ENGINE, LLC'S SEPTEMBER 22, 2020 FILING (DKT. 118)**<br><br>[Doc. No. 121] |

The Court having received Defendant Google LLC's ("Google") Motion to Seal Google's Response to Impact Engine, LLC's September 22, 2020 Filing in the above-captioned case, and finding good cause appearing, hereby GRANTS Google's Motion to Seal.

IT IS SO ORDERED.

Dated: September 28, 2020

_____
Hon. Cathy Ann Bencivengo
United States District Judge