UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| IMPACT ENGINE, INC., | CASE NO. 3:19-cv-01301-CAB-DEB |
|---|---|
| Plaintiff, | **ORDER GRANTING JOINT MOTION TO ALLOW ELECTRONIC EQUIPMENT IN THE COURTROOM** |
| v. | |
| GOOGLE LLC, | Hearing Date: October 21, 2020 |
| Defendant. | Time: 9:30 a.m.<br>Judge: Hon. Cathy A. Bencivengo<br>Courtroom: 15A |

On October 16, 2020, the parties filed a joint motion seeking the Court's permission to bring electronic equipment into the courtroom for the Claim Construction hearing on October 21, 2020. (Doc. No. 127.) The parties additionally request permission to access the courtroom[1] at 9:00 am on October 21, 2020, to set up equipment. For good cause, the Court grants the parties' motion and request.

**IT IS SO ORDERED.**

Dated: October 16, 2020

Hon. Cathy Ann Bencivengo
United States District Judge

---

[1] The hearing will take place in Courtroom 15A.