# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IMPACT ENGINE, INC., <br><br> Plaintiff, <br><br> v. <br><br> GOOGLE LLC, <br><br> Defendant. | Case No.: 19-cv-1301-CAB (DEB) <br><br> **ORDER VACATING MANDATORY SETTLEMENT CONFERENCE** |

At the request of the parties, the Mandatory Settlement Conference set on November 20, 2020 at 1:30 p.m., and related deadlines, are **VACATED**. The Court will reset the conference, following the ruling on Plaintiff's Motion to Amend the Scheduling Order. Dkt. No. 133.

**IT IS SO ORDERED**.

Dated: November 12, 2020

Honorable Daniel E. Butcher
United States Magistrate Judge