Sharre Lotfollahi (SB 258913)
sharre.lotfollahi@kirkland.com
Benjamin Yaghoubian (SB 292318)
benjamin.yaghoubian@kirkland.com
KIRKLAND & ELLIS LLP
2049 Century Park East, Suite 3700
Los Angeles, CA 90067
310-552-4200

Garret A. Leach (*pro hac vice*)
garret.leach@kirkland.com
Megan M. New (*pro hac vice*)
megan.new@kirkland.com
Nikhil Krishnan (SB 300616)
Nikhil.krishnan@kirkland.com
Kyle M. Kantarek (*pro hac vice*)
kyle.kantarek@kirkland.com
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
312-862-2000

Attorneys for Plaintiff
IMPACT ENGINE, INC.

David A. Perlson (Ca. Bar No. 209502)
davidperlson@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
50 California Street, 22nd Floor
San Francisco, California 94111-4788
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

David A. Nelson (Ill. Bar No. 6209623)
davenelson@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
191 N. Wacker Drive Suite 2700
Chicago, IL 60606
Telephone: (312) 705-7400
Facsimile: (312) 705-7401

Attorneys for Defendant,
GOOGLE LLC

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IMPACT ENGINE, INC.,<br><br>    Plaintiff,<br><br>  v.<br><br>GOOGLE LLC,<br><br>    Defendant. | CASE NO. 3:19-cv-01301-CAB-DEB<br><br>**JOINT MOTION FOR ORDER PERMITTING COUNSEL TO BRING ELECTRONIC EQUIPMENT INTO THE COURTROOM**<br><br>Hearing Date: December 8, 2020<br>Time:        9:30 a.m.<br>Judge:       Hon. Cathy A. Bencivengo<br>Courtroom:  15A |

Plaintiff Impact Engine, Inc. ("Impact Engine") and defendant Google LLC ("Google"), together the "Parties", respectfully move this Court for an order permitting their counsel to bring into Court certain computer and technological devices for use during the Claim Construction Hearing scheduled for December 8, 2020, at 9:30 am. In addition, the Parties also respectfully move for an order permitting their counsel to bring into Court the same computer and technological devices for set-up and testing at 9:00 am on December 8, 2020. In support of the instant motion, Google and Impact Engine state:

1.  The Parties' respective counsel intend to use certain electronic equipment during the upcoming Claim Construction Hearing on December 8, 2020 for the presentation of their positions. Google and Impact Engine currently believe that such presentations will require laptop computers to be plugged into the audio/video presentation equipment believed to be available in the courtroom, along with presentation remotes and/or PowerPoint clickers.

2.  The Parties understand that the aforementioned items will be subject to examination for security purposes as are all other materials brought into the courthouse.

3.  The Parties also request that they be allowed access to the courtroom at 9:00 am on December 8, 2020 to test and set such equipment up in the courtroom for use during the Claim Construction Hearing.

Google and Impact Engine respectfully request that this Court enter an order permitting the Parties' counsel to bring the aforementioned equipment into the courtroom for use during the December 8, 2020 hearing, and permitting counsel to set up such equipment in the courtroom at 9:00 am on December 8, 2020. A proposed order is lodged herewith.

DATED: December 3, 2020

Respectfully submitted,

KIRKLAND & ELLIS LLP

By: /s/ *Sharre Lotfollahi*
  Sharre Lotfollahi
  Attorney for Plaintiff
  IMPACT ENGINE, INC.

| | | |
|---|---|---|
| 1 | DATED:  December 3, 2020 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| 2 | | |
| 3 | | By: */s/ David A. Perlson*<br>     David A. Perlson |
| 4 | | |
| 5 | | Attorney for Defendant<br>GOOGLE LLC |

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the foregoing document has been served on December 3, 2020 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.4.  Any other counsel of record will be served by electronic mail, facsimile, and/or overnight delivery.

DATED:  December 3, 2020            QUINN EMANUEL URQUHART & SULLIVAN

By: */s/ Antonio Sistos*
    Antonio Sistos

*Attorneys for Defendant*
*GOOGLE LLC*