UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IMPACT ENGINE, INC.,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>GOOGLE LLC,<br><br>　　　　Defendant. | CASE NO. 19-CV-1301-CAB-DEB<br><br>**ORDER GRANTING GOOGLE LLC'S MOTION FOR CONSTRUCTION OF ADDITIONAL CLAIM TERMS**<br>**[Doc. No. 160]**<br><br>Hon. Cathy A. Bencivengo,<br>Courtroom: 15A<br><br>Complaint Filed: July 15, 2019<br>Trial Date: None Set |

1  Before the Court is Defendant Google LLC's ("Google") Motion for
2  Construction of Additional Terms.  (Dkt. 160.)  Having considered the motion, and
3  good cause having been shown, the Court **GRANTS** Google's motion.
4  The Court will hold a claim construction hearing on **April 28, 2021** at **9:30**
5  **a.m.** in Courtroom 15A on the following terms:
6     1.  Template;
7     2.  Project Viewer;
8     3.  Renders/Rendered.
9  The parties will simultaneously file opening briefs by **April 3, 2021**.
10 Simultaneous responsive briefs will be filed by **April 19, 2021.**  The Court does not
11 require the parties provide charts or worksheets described in Patent L.R. 4.2 for the
12 hearing on these terms.
13 **IT IS SO ORDERED**
14 Dated:  March 17, 2021

Hon. Cathy Ann Bencivengo
United States District Judge

-1-  Case No. 19-CV-1301-CAB-DEB
ORDER GRANTING GOOGLE'S MOTION FOR CONSTRUCTION OF ADDITIONAL CLAIM TERMS