UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IMPACT ENGINE, INC.,<br><br>  Plaintiff,<br><br>v.<br><br>GOOGLE LLC,<br><br>  Defendant. | Case No.: 19-CV-1301-CAB-DEB<br><br>**ORDER ON MOTION TO DISMISS COMPLAINT**<br><br>**[Doc. No. 157]** |

On March 12, 2021, Google filed a motion under Fed.R.Civ.P. 12(c) for dismissal of this litigation contending that the patents at issue in this litigation claim ineligible subject matter under 35 U.S.C. § 101. [Doc. No. 157.] On the same day, Google filed a motion requesting the Court construe three additional terms of the patents. [Doc. No. 160.] The Court issued the Supplemental Claim Construction Order on May 14, 2021. [Doc. No. 205.]

Google's motion to dismiss identifies Claims 1, 2, 3, and 5 of U.S. Patent 8,356,253 as representative of the claims at issue in this litigation. All these representative claims include the limitation of a "project viewer," which was one of the terms construed in the supplemental claim construction order. The parties did not have the benefit of the Court's construction in the briefing of this motion and Google's motion assumes a construction not adopted by the Court. The Court did not conclude that the "project viewer" limitation was

a known generic program construct. The Court's construction limits the claim scope to structures disclosed in the specification to create the claimed communications (i.e., collections of slides that consist of layers and content containers) and how they function.

As the motion is premised in part on a claim construction not adopted by the Court, the motion is denied.

It is **SO ORDERED**.

Dated: May 17, 2021

Hon. Cathy Ann Bencivengo
United States District Judge