UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IMPACT ENGINE, INC., <br><br>                    Plaintiff, <br><br>v. <br><br>GOOGLE LLC, <br><br>                    Defendant. | Case No.:  19-CV-1301-CAB-DEB <br><br>**ORDER SETTING TELEPHONIC HEARING ON PENDING MOTIONS** <br><br>[Doc. Nos. 175, 198] |

It is hereby **ORDERED** that an on-the-record telephonic hearing regarding Defendant's motion to strike Plaintiff's final infringement contentions [Doc. No. 175] and Plaintiff's motion to compel invalidity contentions [Doc. No. 198] is set for Thursday, **May 20, 2021** at **10:00 a.m.**  Counsel are instructed to connect through an AT&T Teleconference connection at (888) 398-2342, access code: 1749358.

It is **SO ORDERED**.

Dated: May 17, 2021

_____
Hon. Cathy Ann Bencivengo
United States District Judge