# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IMPACT ENGINE, INC., <br><br> Plaintiff, <br><br> v. <br><br> GOOGLE LLC, <br><br> Defendant. | CASE NO. 3:19-cv-01301-CAB-DEB <br><br> **ORDER GRANTING PLAINTIFF'S EX PARTE MOTION TO MODIFY BRIEFING SCHEDULE ON GOOGLE'S MOTION FOR PARTIAL SUMMARY JUDGMENT** <br><br> **[Doc. No. 242]** |

Plaintiff's *Ex Parte* Motion to Modify Briefing Schedule on Google's Motion for Partial Summary Judgment is GRANTED. Plaintiff shall respond to Defendant's Motion for Partial Summary Judgment on or before **December 3, 2021** and Defendant shall reply to Plaintiff's response on or before **December 10, 2021**.

**IT IS SO ORDERED.**

Dated: August 10, 2021

Hon. Cathy Ann Bencivengo
United States District Judge