1  Sharre Lotfollahi (SB 258913)
2  Kirkland & Ellis LLP
3  2049 Century Park East, Suite 3700
   Los Angeles, CA 90067
4  213-680-8400
5  sharre.lotfollahi@kirkland.com

6  Garret A. Leach (*pro hac vice*)
   Megan M. New (*pro hac vice*)
7  Nikhil Krishnan (SB 300616)
8  Kyle M. Kantarek (*pro hac vice*)
   Kirkland & Ellis LLP
9  300 North LaSalle
10 Chicago, IL 60654
   312-862-2000
11 garret.leach@kirkland.com
12 megan.new@kirkland.com
   nikhil.krishnan@kirkland.com
13 kyle.kantarek@kirkland.com

14
   *Attorneys for Impact Engine, Inc.*
15

16              **UNITED STATES DISTRICT COURT**
17              **SOUTHERN DISTRICT OF CALIFORNIA**

18  IMPACT ENGINE, INC.,              )   CASE NO. 3:19-cv-01301-CAB-DEB
                                      )
19          Plaintiff,                )
                                      )
20      v.                            )   **IMPACT ENGINE, INC.'S**
                                      )   **MOTION FOR WITHDRAWAL**
21  GOOGLE LLC,                       )   **OF MEGAN M. NEW AS**
                                      )   **COUNSEL**
22          Defendant.                )
                                      )   Judge: Hon. Cathy A. Bencivengo
23                                    )   Courtroom: 4C
                                      )
24                                    )
                                      )
25                                    )
                                      )
26                                    )

27

28

Pursuant to Local Rule 83.3(f), Plaintiff Impact Engine, Inc. ("Impact Engine") hereby moves for an Order granting Impact Engine's Motion for Withdrawal of Megan M. New as Counsel ("Motion"). In support of this Motion, Impact Engine presents to the Court the concurrently filed Declaration of Megan M. New ("New Decl.") and the following:

1. Megan M. New is departing from practice with, and will no longer be associated with, the law firm of Kirkland & Ellis LLP, effective November 8, 2021. New Decl. at ¶ 3.

2. Impact Engine will continue to be represented by, among others, the following counsel of record: Garret A. Leach, Sharre Lotfollahi, Nikhil Krishnan, Kyle Kantarek, Caroline Lourgos, Katherine O'Sullivan, and Xaviere Giroud of Kirkland & Ellis LLP.

3. True and correct copies of this Motion and the New Decl. are being concurrently served on all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.4. Any other counsel of record will be served by electronic mail, facsimile and/or overnight delivery. New Decl. at ¶ 4.

DATED: November 8, 2021

Respectfully submitted,

KIRKLAND & ELLIS LLP

*/s/ Megan M. New*
Megan N. New

Attorney for Plaintiff
IMPACT ENGINE, INC.

| | |
|---|---|
| 1 | **CERTIFICATE OF SERVICE** |

2   The undersigned hereby certifies that a true copy of the foregoing document has
3   been served on November 8, 2021 to all counsel of record who are deemed to have
4   consented to electronic service via the Court's CM/ECF system per Civil Local Rule
5   5.4.  Any other counsel of record will be served by electronic mail, facsimile, and/or
6   overnight delivery.

7
8   DATED:  November 8, 2021          By:  */s/ Megan M. New*
9
10                                            Attorney for Plaintiff
                                              IMPACT ENGINE, INC.
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28