Sharre Lotfollahi (SB 258913)
Kirkland & Ellis LLP
2049 Century Park East, Suite 3700
Los Angeles, CA 90067
213-680-8400
sharre.lotfollahi@kirkland.com

Garret A. Leach (*pro hac vice*)
Megan M. New (*pro hac vice*)
Nikhil Krishnan (SB 300616)
Kyle M. Kantarek (*pro hac vice*)
Kirkland & Ellis LLP
300 North LaSalle
Chicago, IL 60654
312-862-2000
garret.leach@kirkland.com
megan.new@kirkland.com
nikhil.krishnan@kirkland.com
kyle.kantarek@kirkland.com

*Attorneys for Impact Engine, Inc.*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IMPACT ENGINE, INC., <br><br> Plaintiff, <br><br> v. <br><br> GOOGLE LLC, <br><br> Defendant. | CASE NO. 3:19-cv-01301-CAB-DEB <br><br> **DECLARATION OF MEGAN M. NEW IN SUPPORT OF IMPACT ENGINE, INC.'S MOTION FOR WITHDRAWAL OF MEGAN M. NEW AS COUNSEL** <br><br> Judge: Hon. Cathy A. Bencivengo <br> Courtroom: 4C |

I, Megan M. New, declare as follows:

1. I am an attorney at the law firm of Kirkland & Ellis LLP, counsel of record in this case for plaintiff Impact Engine, Inc. ("Impact Engine"). I have personal knowledge of the matters stated in this declaration and would testify truthfully to them if called upon to do so.

2. I submit this declaration in support of IMPACT ENGINE, INC.'S MOTION FOR WITHDRAWAL OF MEGAN M. NEW AS COUNSEL.

3. I am departing from practice with, and will no longer be associated with, the law firm of Kirkland & Ellis LLP, effective November 8, 2021.

4. On November 8, 2021, I caused true and correct copies of this declaration and IMPACT ENGINE, INC.'S MOTION FOR WITHDRAWAL OF MEGAN M. NEW AS COUNSEL to be served on all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.4. Any other counsel of record will be served by electronic mail, facsimile and/or overnight delivery.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 8th day of November, 2021, at Chicago, Illinois.

*/s/ Megan M. New*
Megan M. New