QUINN EMANUEL URQUHART & SULLIVAN, LLP
David A. Perlson (Bar No. 209502)
davidperlson@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, CA 94111-4788
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

David A. Nelson (Bar No. Ill. 6209623)
davenelson@quinnemanuel.com
191 N. Upper Wacker Drive, Suite 2700
Chicago, Illinois 60606
Telephone: (312) 705-7400
Facsimile: (312) 705-7401

Attorneys for Defendant,
GOOGLE LLC

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IMPACT ENGINE, INC., | CASE NO. 3:19-cv-01301-CAB-DEB |
| Plaintiff, | **INDEX TO EXHIBITS** |
| vs. | Judge: Hon. Cathy A. Bencivengo<br>Courtroom: 4C |
| GOOGLE, LLC, | |
| Defendant. | Complaint Filed: July 15, 2019 |

Case No. 3:19-cv-01301-CAB-DEB
Index to Exhibits

# PRELIMINARY STATEMENT

| Exhibit | Description | Page Numbers |
|---------|-------------|--------------|
| A | Excerpts of Google's January 22, 2020 First Set of Interrogatories | Pages 1-4 |
| B | Excerpts of Impact Engine's February 21, 2020 Response to Google's Interrogatory No. 6 | Pages 5-8 |
| C | Excerpts of Impact Engine's June 30, 2020 First Supplemental Response to Interrogatory No. 6 | Pages 9-15 |
| D | Excerpts of Impact Engine's June 15, 2020 Second Set of Requests for Production | Pages 16-18 |
| E | September 30, 2020 email from Google's counsel Andrea P. Roberts to Impact Engine's counsel, Megan New | Page 19 |
| F | Impact Engine's October 30, 2020 30(b)(6) Deposition Notice | Pages 20-31 |
| G | Excerpts of Impact Engine's August 17, 2020 Second Supplemental Response to Interrogatory No. 6 | Pages 32-58 |
| H | Excerpts of Impact Engine's October 1, 2021, Third Supplemental Response to Interrogatory No. 6 | Pages 59-61 |
| I | Excerpts of the November 5, 2021 opening damages report of James Malackowski | Pages 62-91 |
| J | October 20, 2021 Email from Impact Engine's counsel, Caroline Lourgos to Google's counsel, Andrea P. Roberts | Page 92 |

-- 1 --

Case No. 3:19-cv-01301-CAB-DEB
Index to Exhibits