1  Sharre Lotfollahi (SB 258913)
2  Kirkland & Ellis LLP
3  2049 Century Park East, Suite 3700
   Los Angeles, CA 90067
4  213-680-8400
5  sharre.lotfollahi@kirkland.com

6  Garret A. Leach (*pro hac vice*)
   Nikhil Krishnan (SB 300616)
7  Kyle M. Kantarek (*pro hac vice*)
8  Kirkland & Ellis LLP
   300 North LaSalle
9  Chicago, IL 60654
10 312-862-2000
   garret.leach@kirkland.com
11 nikhil.krishnan@kirkland.com
12 kyle.kantarek@kirkland.com

13 *Attorneys for Impact Engine, Inc.*

14
                **UNITED STATES DISTRICT COURT**
15
                **SOUTHERN DISTRICT OF CALIFORNIA**
16

| | |
|---|---|
| IMPACT ENGINE, INC., | CASE NO. 3:19-cv-01301-CAB-DEB |
| Plaintiff, | **IMPACT ENGINE'S RESPONSE TO *EX PARTE* APPLICATION TO SHORTEN TIME FOR GOOGLE'S MOTION TO STRIKE PORTIONS OF THE EXPERT REPORT OF JAMES MALACKOWSKI** |
| v. | |
| GOOGLE LLC, | |
| Defendant. | Judge: Hon. Cathy A. Bencivengo<br>Courtroom: 4C |

1   Impact Engine respectfully submits the following response to Google's *Ex Parte*
2   Application (Doc. No. 273) to shorten the briefing schedule for its Motion to Strike
3   Portions of the Expert Report of James Malackowski (Doc. No. 272). Under the Court's
4   rules, Impact Engine's response is currently due on December 3, 2021 and Google's
5   reply is due on December 10, 2021.[1] Chambers Rules 2.A. Google asks the Court to
6   accelerate those due dates to November 19 and 23, 2021, respectively, leaving Impact
7   Engine only one week to file its response. Doc. No. 273 at 1-2.

8   Though Impact Engine is amenable to submitting its responsive brief well in
9   advance of the ordinary deadline, it respectfully requests that its response be due instead
10  on **November 24, 2021** (three business days later than Google's proposal), with
11  Google's reply due on **November 30, 2021**. Given the severity of Google's proposed
12  relief with respect to its motion to strike, the additional three business days are needed
13  so that Impact Engine can prepare a fulsome response. For example, Google's motion
14  to strike presents an incomplete factual record that needs correction so that the Court
15  can properly rule on the issue.

16  After meeting and conferring over this *ex parte* application, Google does not
17  agree to Impact Engine's proposal because it claims that there will not be enough time
18  for the Court to rule on this dispute before responsive expert reports are due on
19  December 17, 2021.[2] But three additional three business days would not prejudice
20  Google, as the motion will still be fully briefed over two weeks before responsive expert
21  reports are due. And though under Impact Engine's proposal, briefing would not be

---

[1] Currently, Google's motion to strike is noticed for December 17, 2021 (and not December 10, 2021 as Google states in its ex parte application). *See* Chambers Rule II.A.

[2] Google was also unwilling to reach a compromise on this issue, for example, by agreeing to a modest extension of the the expert discovery period pending Court approval. This would have allowed Google the time it allegedly needs to further review its own documents related to its own acquisition of DoubleClick, which is the sole subject of Google's underlying motion.

1  complete until the other side of the Thanksgiving holiday, businesses are largely closed
2  during that time and any information that Google would need to respond to Mr.
3  Malackowski's report based on the DoubleClick acquisition has either already been
4  produced by Google or is otherwise within its own custody and control.  That is because
5  it was Google that acquired DoubleClick, which is also the alleged prior art that Google
6  asserts in this case.  As such, Google has made no showing that these three additional
7  business days will materially impact its ability to respond to the expert opinions Mr.
8  Malackowski offered in regard to Google's own documents.

9       For the above reasons, Impact Engine respectfully requests that Google's *ex parte*
10 application be denied, and that the Court instead set a schedule of **November 24, 2021**
11 for Impact Engine's response and **November 30, 2021** for Google's reply.

13 DATED:  November 15, 2021           Respectfully submitted,

14                                      KIRKLAND & ELLIS LLP

15                                      /s/ Sharre Lotfollahi
16                                      Sharre Lotfollahi

17                                      Attorneys for Plaintiff
                                        IMPACT ENGINE, INC.

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the foregoing document has been served on November 15, 2021 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.4. Any other counsel of record will be served by electronic mail, facsimile, and/or overnight delivery.

DATED: November 15, 2021          By: */s/ Sharre Lotfollahi*

Attorneys for Plaintiff
IMPACT ENGINE, INC.