1  Sharre Lotfollahi (SBN 258913)
2  KIRKLAND & ELLIS LLP
   2049 Century Park East, Suite 3700
3  Los Angeles, CA 90067
4  (310) 552-4200
   sharre.lotfollahi@kirkland.com
5
6  Garret A. Leach (admitted *pro hac vice*)
   Nikhil Krishnan (SBN 300616)
7  Kyle M. Kantarek (admitted *pro hac vice*)
8  KIRKLAND & ELLIS LLP
   300 North LaSalle
9  Chicago, IL 60654
10 312-862-2000
   garret.leach@kirkland.com
11 nikhil.krishnan@kirkland.com
   kyle.kantarek@kirkland.com
12
   *Attorneys for Impact Engine, Inc.*
13

14              UNITED STATES DISTRICT COURT
15              SOUTHERN DISTRICT OF CALIFORNIA
16

| | |
|---|---|
| 17 IMPACT ENGINE, INC.,<br>18        Plaintiff,<br>19   vs.<br>20 GOOGLE LLC,<br>21        Defendant. | CASE NO. 3:19-cv-01301-CAB-DEB<br><br>**INDEX TO EXHIBITS**<br><br>Judge: Hon. Cathy A. Bencivengo<br>Courtroom: 4C |

Case No. 3:19-cv-01301-CAB-DEB

| Exhibit No. | DESCRIPTION | PAGES NUMBERS |
|---|---|---|
| 1 | Excerpt from the Nov. 5, 2021 Expert Report of James E. Malackowski (SEALED) | PAGE 001-PAGE 021 |
| 2 | Excerpt from GOOG-IMPE-00148134 (SEALED) | PAGE 022-PAGE 029 |
| 3 | Excerpt from the Nov. 5, 2021 Expert Report of Dr. Stephen B. Wicker (SEALED) | PAGE 030-PAGE 049 |
| 4 | Dec. 23, 2020 A. Roberts Letter | PAGE 050-PAGE 058 |
| 5 | Nov. 2, 2021 J. LeRoy Letter re Production | PAGE 059-PAGE 059 |
| 6 | Oct. 22, 2021 A. Roberts Email (SEALED) | PAGE 060-PAGE 061 |
| 7 | Oct. 27, 2021 LeRoy Letter re Production | PAGE 062-PAGE 062 |
| 8 | June 16, 2020 Impact Engine's Amended Second Set of Requests for Production | PAGE 063-PAGE 080 |
| 9 | Oct. 2, 2020 Impact Engine's Third Set of Requests for Production | PAGE 081-PAGE 099 |
| 10 | Excerpt from the Sept. 3, 2021 Deposition Transcript of Jason Harinstein (SEALED) | PAGE 100-PAGE 103 |
| 11 | Excerpt from the Sept. 10, 2021 Deposition Transcript of Rajas Moonka (SEALED) | PAGE 104-PAGE 110 |
| 12 | Excerpt from the Sept. 3, 2021 Deposition Transcript of Julia Elterman (SEALED) | PAGE 111-PAGE 114 |
| 13 | Jan. 27, 2021 M. New letter (SEALED) | PAGE 115-PAGE 121 |
| 14 | *Natera, Inc. v. ArcherDX, Inc.,* Dkt. 390 (Oct. 25, 2021) | PAGE 122-PAGE 122 |
| 15 | Nov. 15, 2021 A. Roberts Email | PAGE 123-PAGE 125 |