1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IMPACT ENGINE, INC., <br><br>      Plaintiff, <br><br>   vs. <br><br> GOOGLE LLC, <br><br>      Defendant. | CASE NO. 3:19-cv-01301-CAB-DEB <br><br> **AMENDED SCHEDULING ORDER** <br><br> Judge: Hon. Cathy A. Bencivengo <br> Courtroom: 15A |

On January 12, 2022, the Court held a telephonic conference on defendant Google's motion to strike portions of the expert report of James Malackowski. [Doc. No. 278.] For the reasons stated on the record the motion was denied. However, Google may take up to two depositions regarding the DoubleClick acquisition and serve a supplemental rebuttal expert report on damages no later than March 18, 2022. The close of expert discovery for designated damages experts is extended to April 15, 2022. The deadline for filing dispositive and/or Daubert motions regarding damages and experts

on damages is extended to April 29, 2002.  Opposition briefs are due May 13, 2022.  Reply briefs are due May 20, 2022.

All other discovery and motion filing deadlines set forth in the Court's December 14, 2021 Scheduling Order [Doc. No. 295] remain in effect for non-damages issues.

Considering this order and due to the ongoing complications of the COVID pandemic and conflicts it is creating with the Court's schedule, the currently scheduled Pretrial Conference and Trial dates, the service of pretrial disclosures, filing of motions in limine, submission of jury instructions and proposed voir dire, and lodging of the proposed Pretrial Order are all vacated.

The Court will hold a telephonic status conference at **10:00 a.m.** on **April 21, 2022**, to address the trial schedule.  Counsel are instructed to connect through an AT&T Teleconference connection at (888) 398-2342, access code:  1749358.

**IT IS SO ORDERED.**

Dated:  January 14, 2022

_____
Hon. Cathy Ann Bencivengo
United States District Judge