UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IMPACT ENGINE, INC.,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>GOOGLE LLC,<br><br>　　　　Defendant. | CASE NO. 3:19-cv-01301-CAB-DEB<br><br>**[PROPOSED] ORDER GRANTING GOOGLE LLC'S MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL RELATING TO GOOGLE'S RESPONSE TO IMPACT ENGINE, INC.'S MOTION TO EXCLUDE**<br><br>[Doc. No. 327] |

(Note: "PROPOSED" is shown with strikethrough.)

Before the Court is Defendant Google LLC ("Google")'s Motion for Leave to File Documents Under Seal Relating to Google's Response to Impact Engine, Inc.'s Motion to Exclude.

Having considered the motion, and good cause appearing, the Court hereby **GRANTS** Google's motion for leave and hereby **ORDERS** that the following shall be filed under seal:

- Exhibit A to the Sistos Declaration
- Exhibit B to the Sistos Declaration
- Exhibit C to the Sistos Declaration
- Exhibit D to the Sistos Declaration

**IT IS SO ORDERED.**

Dated:  March 7, 2022

Hon. Cathy Ann Bencivengo
United States District Judge