UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IMPACT ENGINE, INC.,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>GOOGLE LLC,<br><br>　　　　Defendant. | CASE NO. 3:19-cv-01301-CAB-DEB<br><br>**[PROPOSED] ORDER GRANTING GOOGLE LLC'S MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL RELATING TO IMPACT ENGINE, INC.'S OPPOSITIONS TO GOOGLE LLC'S MOTION FOR SUMMARY JUDGMENT AND *DAUBERT* MOTION**<br>[Doc. No. 330] |

1    Before the Court is Defendant Google LLC ("Google")'s Motion for Leave to File Documents Under Seal Relating to Impact Engine, Inc.'s oppositions to Google's Motion for Summary Judgement and *Daubert* Motion.

4    Having considered the motion, and good cause appearing, the Court hereby **GRANTS** Google's motion for leave and hereby **ORDERS** that the following shall be filed under seal:

- Exhibit A to the Sistos Declaration
- Exhibit B to the Sistos Declaration
- Exhibit C to the Sistos Declaration
- Exhibit D to the Sistos Declaration
- Exhibit E to the Sistos Declaration
- Exhibit F to the Sistos Declaration
- Certain portions of Exhibit G to the Sistos Declaration
- Exhibit H to the Sistos Declaration
- Exhibit I to the Sistos Declaration
- Exhibit J to the Sistos Declaration
- Exhibit K to the Sistos Declaration
- Exhibit L to the Sistos Declaration
- Exhibit M to the Sistos Declaration
- Exhibit N to the Sistos Declaration
- Exhibit O to the Sistos Declaration
- Exhibit P to the Sistos Declaration
- Exhibit Q to the Sistos Declaration
- Exhibit R to the Sistos Declaration
- Exhibit S to the Sistos Declaration
- Exhibit T to the Sistos Declaration
- Exhibit U to the Sistos Declaration
- Exhibit V to the Sistos Declaration

- Exhibit W to the Sistos Declaration
- Exhibit X to the Sistos Declaration
- Exhibit Y to the Sistos Declaration
- Exhibit Z to the Sistos Declaration
- Exhibit AA to the Sistos Declaration
- Exhibit BB to the Sistos Declaration
- Exhibit CC to the Sistos Declaration
- Exhibit DD to the Sistos Declaration
- Exhibit EE to the Sistos Declaration
- Exhibit FF to the Sistos Declaration
- Exhibit GG to the Sistos Declaration
- Exhibit HH to the Sistos Declaration
- Exhibit II to the Sistos Declaration
- Exhibit JJ to the Sistos Declaration
- Certain portions of Exhibit KK of the Sistos Declaration
- Portions of IE's oppositions to Google's Motion for Summary Judgment and *Daubert* Motion that convey any quotes or summaries of the information contained in Exhibits A-F and H-JJ and highlighted in Exhibits G and KK

**IT IS SO ORDERED.**

Dated: March 10, 2022

Hon. Cathy Ann Bencivengo
United States District Judge