

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Impact Engine, Inc.

**Civil Action No.** 19-cv-01301-CAB-DEB

**Plaintiff,**

**V.**

Google LLC

**JUDGMENT IN A CIVIL CASE**

**Defendant.**

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

JUDGMENT in favor of the Defendant Google, LLC against Plaintiff Impact Engine, Inc. The case is hereby closed.

**Date:**        8/31/22

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By:  s/  J. Olsen

J. Olsen, Deputy