# MINUTE ORDER OF THE UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

Case Name: **Impact Engine v. Google**     Case Number: **19cv1301-CAB-(DEB)**

Hon. Cathy Ann Bencivengo     Ct. Deputy Lori Hernandez     Rptr Tape: n/a

On January 6, 2023, Plaintiff Impact Engine, Inc. filed a Motion Pursuant to Local Rule 54.1 to Deny Costs. [Doc. No. 444.] On January 10, 2023, Plaintiff filed a Corrected Motion Pursuant to Local Rule 54.1 to Deny Costs. [Doc. No. 445.] Given the filing of the Corrected Motion, the original motion [Doc. No. 444] is **DEEMED WITHDRAWN**.

Date: January 12, 2023                                                                                           Initials: AET