UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IMPACT ENGINE, INC.,<br><br>Plaintiff,<br><br>v.<br><br>GOOGLE LLC,<br><br>Defendant. | Case No.: 19-CV-1301-CAB-DEB<br><br>**ORDER DENYING PLAINTIFF'S MOTION TO DENY COSTS AND STAYING TAXATION OF COSTS**<br><br>**[Doc. No. 445]** |

On January 10, 2023, Plaintiff Impact Engine, Inc. filed a motion pursuant to local rule 54.1 requesting the Court deny costs to Defendant Google LLC. The motion has been fully briefed, and the Court finds it suitable for determination on the papers.

The Court, in its discretion, hereby **DENIES** Plaintiff's request to deny costs, and **STAYS** the taxation of costs pending appeal.

It is **SO ORDERED**.

Dated: February 10, 2023

Hon. Cathy Ann Bencivengo
United States District Judge